IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRED REYNOLDS,
    Plaintiff,

vs.                                              Case No. 4:04cv95/RV/EMT

UNITED STATES OF AMERICA,
UNITED STATES MARSHALS SERVICE,
and DEPUTY MARSHAL FRANK YOUNG,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 5, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendants' Motion For Summary Judgment (Doc. 47) is **GRANTED**.

3. Judgment shall be entered by the clerk in favor of Defendants.

**DONE AND ORDERED** this 30th day of January, 2006.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**